**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANTONIO HARDY,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 08-0065-CG-M** |
| **J. C. GILES,** | : | |
| Respondent. | : | |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no

objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. §

636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this Petition be **DENIED** as time-barred and that this action be

**DISMISSED**.

**DONE and ORDERED** this 3rd day of November, 2008.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE