IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTONIO HARDY,** | : |
| Petitioner, | : |
| v. | :    **CIVIL ACTION 08-0065-CG-M** |
| **J. C. GILES,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor Respondent J. C. Giles and against Petitioner Antonio Hardy.

**DONE and ORDERED** this 3rd day of November, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE